IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 11-cv-00491-WDM-MJW

GYUN KIM AND
UN S. CHUN,

    Plaintiffs,

v.

JAMES RAYMER AND
WFI TRUCKING, LLC.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

This matter is before me on Plaintiff's "Stipulated Motion for Dismissal with Prejudice" (ECF No. 10).  The motion alleges agreement between the parties and seeks dismissal with prejudice.  Being sufficiently advised in the premises, this case is dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2),  each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 13, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL